Orval E. Linn, Appellee, v. Dorothy C. Linn, Appellant.
Gen. No. 9,534.

opinion filed November 20, 1946; released for publication December 17, 1946.  C. C. Martin and F. R. Wiley, for appellant; James S. Baldwin, for appellee. Opinion by PRESIDING JUSTICE DADY.  Not to be published in full.